UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
21 DEC 28 AM 10: 32

Joshua Liner
_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Kathy Hochul, Gov.
State of New York
Ramon Alvarez,
officer Michael David 40th precint, John Doe 2#
John Doe 1# officer 40th Precint  officer 40th precint

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

[X] Violation of my federal constitutional rights

[ ] Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| Joshua | C | Liner |
|---|---|---|
| First Name | Middle Initial | Last Name |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

N/A

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

N/A

Current Place of Detention

N/A

Institutional Address

| N/A | Street Address | 582 Courtlandt Ave Apt 4A |
| --- | --- | --- |
| County, City | | Bronx   New York   10451 |
| | | State         Zip Code |

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

[ ] Pretrial detainee
[ ] Civilly committed detainee
[ ] Immigration detainee
[ ] Convicted and sentenced prisoner
[X] Other:  Citizen

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name: Kathy  Last Name: Hochul  Shield #:

Current Job Title (or other identifying information): Governor

Current Work Address: Albany NY

County, City: Albany  State: NY  Zip Code:

Defendant 2:

First Name: Ramon  Last Name: Alvarez  Shield #:

Current Job Title (or other identifying information):

Current Work Address: 582 Courtlandt Ave  Apt 4A

County, City: Bronx  State: NY  Zip Code: 10451

Defendant 3:

First Name: John  Last Name: Doe #  Shield #:

Current Job Title (or other identifying information): Officer

Current Work Address: 40th Precinct

County, City:  State:  Zip Code:

Defendant 4:

First Name:  Last Name:  Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City:  State:  Zip Code:

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _582 Courtlandt Ave_

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

The defendant Kathy Hochul, has placed Executive order excluding resident occupant on premises to be evicted, within that Capacity, the Squatter Ramon Alvarez, has remain on the House Hold for Nearly (16) Month without paying rent. On each occasion John Doe 1#, officer John Doe, 2# officer has taken the plaintiff from His home upon allegations of the Squatter Ramon Alvarez, on Harassment and arrested him - Plaintiff challenges unlawful arrest upon 40th precint also John Doe 1# and 2# as the Defendants has awaken him from His Sleep to perform such acts. (See Attached Sheet)

Page 4

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The plaintiff experience emotional Stress Heart problems was taken by ambulance to Hospital on two Separate occasions.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

The plaintiff Seek Emotional Stress payment from State of New York 250,000 two hundred fifty Thousand dollars. The plaintiff seeks puntive Damages in the Sum of 250,000 (Two hundred fifty Thousand. And prompt removal of Ramon Alvarez, from the House Hold, premises.
(See Attached Sheet)

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 12/16

Plaintiff's Signature: Joshua Liner

First Name: Joshua
Middle Initial: C
Last Name: Liner

Prison Address: 582 Courtlandt Ave
County, City: Bronx
State: New York
Zip Code: 10451

Date on which I am delivering this complaint to prison authorities for mailing: _____

Count

The Complaint Count 1# Charges and 2#
Michael David with unlawful
arrest upon allegations made
by Ramon Alvarez, 11/23/21
other dates to be implement later.
Count 2# the Complaint Charges
racial Discrimination, toward
John Moe 1# Sergeant on 11/23/21
And Count 3# Charges unlawful
arrest. The Complaint states
to other Dates upon Discovery
to be implement for the record.
Is Count 4# Charges unlawful
arrest
The Complaint Charges defendants
under this section of the
law with Conspiracy to
Violate State and Federal
laws.

(1)

Michael David

The Complaint seeks compensation in the sum of (250,000): Two Hundred and fifty Thousand for unlawful arrest.

The Complaint seeks (250,000); Two Hundred and fifty Thousand in punitive damages.

The Complaint seeks (250,000); Two Hundred and fifty Thousand in Emotional distress payment.

(2)

The Complaint Charges Count 1# Ramon Alvarez, with Damaging legal Court Documents on May 28, 2021, in the County of Bronx New York, perp snatch legal eviction papers AN threw them in Feces wasted water on the street. On about on August 20.21. Count 2# Charges, destroying Court papers Defendant Ramon Alvarez has not paid rent in 16 months, Squatter Subject has located his girl in the premises, Smoke weed all day on premises. Subject uses his Money on weed. He and his girl Friends Steals From the House. Filed Numerous False Claims in Court. The Subject leaves the lights on all Night, then goes outside leaving the lights on. Count 3, Charges Conspiracy to Violate State and Federal

(1)

The Defendant Ramon Alvarez, Fights with his girl Friend and has broken the Front Door lock. And Continuous Fighting has placed large Hole in his room Door. Has broken two Micowaves, on Several occasions police are Called they began Speaking Spanish No Charges are Filed. His girlfriend has stolen Steaks, Clothing iron, he has Stolen Clothing. Reports are lodge No police investigations, No Follow up. My sister Jewelry Stolen who is decease. And Police and Sergeant says they Cannot be evicted. Now this Exective order by Governor these are Federal Fight Violtions. The rent is Now $2400.00 Who pays it me.

(2)

The Squatter Needs to Vacate the premises.

Damages = Ramon Alvarez
Compensation in Damages:
The Complaint seeks 7,500 in payment of back rent. One hundred Thousand in punitive damage upon False Claims.

The Complaint seeks one hundred Thousand upon emotional stress payment. (100,000).

(3)

**FROM:**

JOSHUA LIMER
582 COURTLANDT AVE APT 4A
BRONX, NY 10451

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7017 1000 0000 6159 0751




U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY
10025
DEC 21, 21
AMOUNT
$8.96
R2304M113690-09

**TO:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF N.Y.
500 PEARL Street
N.Y. N.Y. 10007-1312



RECEIVED
DEC 22 2021
CLERK'S OFFICE
S.D.N.Y.



RECEIVED
DEC 2 2021
PRO SE OFFICE

USMPS SDNY

Pro Se XR



RECEIVED
DEC 28 2021
PRO SE OFFICE



**Utility Mailer**
10 1/2" x 16"

ReadyPost.