RECEIVED
SDNY PRO SE OFFICE
2022 AUG 16 AM 10:39

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**, last page

JOSHUA LINER,
　　　　Plaintiff,

　　-against-

KATHY HOCHUL, et al.,
　　　　Defendants

NOTICE OF MOTION

21 civ. 11116 (ER)

Comes Now, the plaintiff, pro se, Joshua Liner, moves the Court for an order upon Compel Discovery in above Captioned Matter against City of New York. Plaintiff Shows this Court following -

By Court order dated May 16, 2022, defendant was to provide an transparent record of all John Does' stated in the Complaint. Stemming from all arrests, the plaintiff and the squatter is the plaintiff

declare to be illegal arrest upon accusations involving the squatter Ramon Alvarez, See, attached Copy, My record reflect Notarized papers which gave the City Attorney the Green light to pursue this investigation, then Submit a report. The record reveals the City did seek a time extension which is tardy - from this aspect a pre-Conference by phone was held, the City did not appear on record.

2. In addition, Major attempts by phone to Contact Counsel has not illustrated the difference, City remains in default of it's duties, this incompetent, respect for the parties involved shall not go unnoticed.

Wherefore, the plaintiff urges Compel Discovery, default Judgment and any other such relief this Court deems appropriate

Respectfully Submitted,

Joshua Kener

582 Courtlandt Ave Bronx NY 10451

Mitest - 8/16

---

A pre-motion conference will be held on August 31, 2022 at 10:30 a.m.  City of New York is directed to respond by August 24, 2022.
SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:  8/19/2022
New York, New York