UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSHUA LINER,

                Plaintiff,

-against-                                            21 **CIVIL** 11116 (ER)

                                                                 **JUDGMENT**

KATHY HOCHUL, GOVERNOR; OFFICER
MICHAEL DAVID 40TH PRECINCT; JOHN
DOE #1 OFFICER 40TH PRECINCT; and JOHN
DOE #2 OFFICER 40TH PRECINCT,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated January 23, 2023, Governor Hochul's motion to dismiss is GRANTED with prejudice.

**Dated:**  New York, New York

        January 24, 2023

                                                               **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                **BY:**        *K. Mango*

                                                                 **Deputy Clerk**